**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**


**THROUGH TRANSPORT MUTUAL
INSURANCE ASSOCIATION LIMITED**                                 **PLAINTIFF**

**NO.  19-5191**

**COLONY INSURANCE COMPANY**                                    **DEFENDANT**


**CLERK'S ORDER OF DISMISSAL**


   On this 6th day of April, 2020, the parties hereto having filed a stipulation for dismissal

pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's

complaint be, and hereby is dismissed with prejudice.


                              AT THE DIRECTION OF THE COURT

                              DOUGLAS F. YOUNG, CLERK


                         BY:  S. Cummings
                              Deputy Clerk